IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | **1:18 CR 622** |
| Plaintiff, ) | |
| ) | CASE NO. _____ |
| v. ) | Title 8, Sections 1326 and (b)(1), |
| ) | United States Code |
| JOSE BERNARDO LOZANO-LEON, ) | JUDGE GAUGHAN |
| ) | |
| Defendant. ) | |

## COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. §§ 1326 and (b)(1))

The Grand Jury charges:

1. Defendant JOSE BERNARDO LOZANO-LEON is an alien and citizen of Mexico, who was previously removed from the United States to Mexico on or about June 13, 2017.

2. On or about October 17, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, Sections 1326 and (b)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.